LEWIS v. JONES et al.

In re RIVERSIDE FERTILIZER CO.

(Circuit Court of Appeals, Fifth Circuit. April 15, 1916.)

No. 2812.

Petition to Superintend and Revise Proceedings of the District Court of the United States for the Southern District of Georgia; William T. Newman, Judge.

In the matter of the Riverside Fertilizer Company, bankrupt. Petition of Charles B. Lewis, trustee, from allowance of claim of George S. Jones and another. Petition to revise denied.

See, also, 232 Fed. 100, —— C. C. A. ——.

Clifford L. Anderson and Daniel W. Rountree, both of Atlanta, Ga., for petitioner.

Orville A. Park, of Macon, Ga. (Hardeman, Jones, Park & Johnston, of Macon, Ga., on the brief), for respondents.

Before PARDEE and WALKER, Circuit Judges, and FOSTER, District Judge.

PER CURIAM. The case herein involved is disposed of under the appeal between the same parties, as per decision this day rendered. 232 Fed. 100, —— C. C. A. ——.

The petition to revise is denied.

WALKER, Circuit Judge, dissenting.